# CASE ANNOUNCEMENTS

*November 4, 2010*

[Cite as *11/04/2010 Case Announcements*, 2010-Ohio-5342.]

## MOTION AND PROCEDURAL RULINGS

**2010–1417.   State v. Carter.**
Clinton App. No. CA2010–01–001. On August 11, 2010, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. 3.6.

**2010–1472.   State v. Washington.**
Summit App. No. 24997, 2010-Ohio-3389. On August 19, 2010, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. 3.6.

# CASE ANNOUNCEMENTS

*November 8, 2010*

[Cite as *11/08/2010 Case Announcements*, 2010-Ohio-5393.]

## DISCIPLINARY CASES